9/29/21, 9:38 AM  Case 3:21-cv-00243-DCG  Document 1-1  Filed 10/05/21  Page 1 of 1
https://casesearch.epcounty.com/PublicAccess/CaseDetail.aspx?CaseID=8627998

Skip to Main Content | Logout | My Account | Search Menu | New Civil Search | Refine Search | Back    Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2021DCV2280

| | | |
|---|---|---|
| GEORGE OLAGUE VS WALMART INC. | § § § § § | Case Type: **Injury or Damage - Motor Vehicle**<br>Date Filed: **06/30/2021**<br>Location: **County Court at Law 3** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| Defendant | WALMART INC. | | **LAURA M ENRIQUEZ**<br>*Retained*<br>915-532-2000(W) |
| Plaintiff | OLAGUE, GEORGE | | **Katy Thompson**<br>*Retained*<br>512-382-7707(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 06/30/2021 | Original Petition (OCA)   Index # 1 | | |
| 06/30/2021 | E-File Event Original Filing | | |
| 06/30/2021 | Request   Index # 2 | | |
| 07/01/2021 | Citation | | |
| | WALMART INC. | Served | 07/02/2021 |
| | | Response Received | 07/26/2021 |
| | | Returned | 07/06/2021 |
| 07/26/2021 | Jury Demand   Index # 5 | | |
| 07/26/2021 | Answer   Index # 6 | | |
| 08/25/2021 | Certificate of Service   Index # 7 | | |

EXHIBIT "A"