UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **GEORGE OLAGUE**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-21-CV-00243-DCG |
| **WALMART, INC.**, | § § | |
| *Defendant*. | § § § | |

### ORDER DISMISSING CASE

The parties have filed a "Joint Stipulation of Dismissal" (ECF No. 31) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court issues the following orders:

The Court **ORDERS** that all claims asserted by Plaintiff George Olague in this action against Defendant Walmart, Inc. are **DISMISSED WITH PREJUDICE**. All costs of court shall be borne by the party incurring the same.

The Court **DENIES AS MOOT** any and all pending motions.

The Clerk of the Court shall **CLOSE** this case.

**So ORDERED and SIGNED this 3rd day of January 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**